UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -against-

MOHAMED TAHLIL MOHAMED,
    also known as "Tahlil Mohamed,"
    "Mohamed Tahlil," "Maxamed Tahliil
    Guure," "the Taliye" and "Mohamed the
    Taliye," and

ABDI YUSUF HASSAN,

                Defendants.

18-CR-00603 (ARR)

VERDICT SHEET

## COUNT ONE
### Conspiracy to Provide Material Support for Acts of Terrorism

AS TO DEFENDANT MOHAMED TAHLIL MOHAMED

How do you find defendant MOHAMED TAHLIL MOHAMED?

Guilty __✓__        Not Guilty _____

AS TO DEFENDANT ABDI YUSUF HASSAN

How do you find defendant ABDI YUSUF HASSAN?

Guilty __✓__        Not Guilty _____

*Court Exhibit Twelve.*

## COUNT TWO
### Provision and Attempted Provision of Material Support for Acts of Terrorism

AS TO DEFENDANT MOHAMED TAHLIL MOHAMED

How do you find defendant MOHAMED TAHLIL MOHAMED?

Guilty ✓        Not Guilty _____

AS TO DEFENDANT ABDI YUSUF HASSAN

How do you find defendant ABDI YUSUF HASSAN?

Guilty ✓        Not Guilty _____

## COUNT THREE
### Hostage-Taking Conspiracy

AS TO DEFENDANT MOHAMED TAHLIL MOHAMED

How do you find defendant MOHAMED TAHLIL MOHAMED?

Guilty ✓        Not Guilty _____

AS TO DEFENDANT ABDI YUSUF HASSAN

How do you find defendant ABDI YUSUF HASSAN?

Guilty ✓        Not Guilty _____

## COUNT FOUR
### Hostage Taking

AS TO DEFENDANT MOHAMED TAHLIL MOHAMED

How do you find defendant MOHAMED TAHLIL MOHAMED?

Guilty ✓          Not Guilty _____

AS TO DEFENDANT ABDI YUSUF HASSAN

How do you find defendant ABDI YUSUF HASSAN?

Guilty ✓          Not Guilty _____

## COUNT FIVE
### Threatening a U.S. National with a Weapon of Mass Destruction

AS TO DEFENDANT MOHAMED TAHLIL MOHAMED

How do you find defendant MOHAMED TAHLIL MOHAMED?

Guilty ✓          Not Guilty _____

AS TO DEFENDANT ABDI YUSUF HASSAN

How do you find defendant ABDI YUSUF HASSAN?

Guilty ✓          Not Guilty _____

3

## COUNT SIX
## Unlawful Use of Firearms

AS TO DEFENDANT MOHAMED TAHLIL MOHAMED

How do you find defendant MOHAMED TAHLIL MOHAMED?

Guilty ✓    Not Guilty _____

If you found defendant MOHAMED TAHLIL MOHAMED guilty on Count Six, please answer questions A, B, C, and D as to defendant MOHAMED TAHLIL MOHAMED:

A. Do you find that the government proved, beyond a reasonable doubt, that one or more of the firearms used, carried, or possessed in Count Six was brandished?

Yes ✓    No _____

B. Do you find that the government proved, beyond a reasonable doubt, that one or more of the firearms used, carried, or possessed in Count Six was discharged?

Yes _____    No ✓

C. Do you find that the government proved, beyond a reasonable doubt, that one or more of the firearms used, carried, or possessed in Count Six was a machinegun?

Yes ✓    No _____

D. Do you find that the government proved, beyond a reasonable doubt, that one or more of the firearms used, carried, or possessed in Count Six was a destructive device?

Yes ✓    No _____

[continued on next page]

<u>AS TO DEFENDANT ABDI YUSUF HASSAN</u>

    How do you find defendant ABDI YUSUF HASSAN?

        Guilty ✓         Not Guilty _____

If you found defendant ABDI YUSUF HASSAN guilty on Count Six, please answer questions A, B, C, and D as to defendant ABDI YUSUF HASSAN:

    A. Do you find that the government proved, beyond a reasonable doubt, that one or more of the firearms used, carried, or possessed in Count Six was brandished?

        Yes ✓         No _____

    B. Do you find that the government proved, beyond a reasonable doubt, that one or more of the firearms used, carried, or possessed in Count Six was discharged?

        Yes _____         No ✓

    C. Do you find that the government proved, beyond a reasonable doubt, that one or more of the firearms used, carried, or possessed in Count Six was a machinegun?

        Yes ✓         No _____

    D. Do you find that the government proved, beyond a reasonable doubt, that one or more of the firearms used, carried, or possessed in Count Six was a destructive device?

        Yes ✓         No _____

## AS TO COUNT SEVEN
### Firearms Conspiracy

AS TO DEFENDANT MOHAMED TAHLIL MOHAMED

How do you find defendant MOHAMED TAHLIL MOHAMED?

Guilty __✓__     Not Guilty _____

If you found defendant MOHAMED TAHLIL MOHAMED guilty on Count Seven, please answer questions A and B as to defendant MOHAMED TAHLIL MOHAMED:

A. Do you find that the government proved, beyond a reasonable doubt, that one or more of the firearms used, carried, or possessed in Count Seven was a machinegun?

Yes __✓__     No _____

B. Do you find that the government proved, beyond a reasonable doubt, that one or more of the firearms used, carried, or possessed in Count Seven was a destructive device?

Yes __✓__     No _____

AS TO DEFENDANT ABDI YUSUF HASSAN

How do you find defendant ABDI YUSUF HASSAN?

Guilty __✓__     Not Guilty _____

If you found defendant ABDI YUSUF HASSAN guilty on Count Seven, please answer questions A and B as to ABDI YUSUF HASSAN:

A. Do you find that the government proved, beyond a reasonable doubt, that one or more of the firearms used, carried, or possessed in Count Seven was a machinegun?

Yes __✓__     No _____

B. Do you find that the government proved, beyond a reasonable doubt, that one or more of the firearms used, carried, or possessed in Count Seven was a destructive device?

Yes __✓__     No _____

6

Dated: 2-24-23
       Brooklyn, New York

Signed: _____
       Foreperson